■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS J. MARINACCIO, Appellant.— Order, entered February 24, 1961, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■    HERBERT R. MANDEL, Respondent, v. SYDNEY W. WAXMAN et al., Appellants.— Orders, entered June 13, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■    In the Matter of WILLIAM SCHNEIDER, Respondent, v. STATMASTER CORPORATION, Appellant.— Order, entered May 7, 1962, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■    ROBERT J. ALBERT, Appellant, v. SKANSKA BANKEN, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Appeal from orders entered July 10, 1961, May 1, 1962 and September 21, 1961, dismissed, without costs. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE ZOCOLLILO, Appellant.— Order, entered April 27, 1962, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■    In the Matter of the Arbitration between DAH CHONG HONG TRADING CORPORATION, Respondent, and ANDREW PALLACK & Co., INC., Appellant.— Order and judgment, entered April 27, 1962, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally and Eager, JJ.

■    In the Matter of HENRIETTA BRODY, Doing Business as ALBERT FRENCH RESTAURANT, Petitioner, v. MARTIN C. EPSTEIN, as Chairman of the New York State Liquor Authority, et al., Respondents.— Determination of respondents unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROOSEVELT WILLETTE, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■    In the Matter of PARK CHAMBERS HOTEL CORP., Appellant, v. STATE LIQUOR AUTHORITY, Respondent.— Order, entered September 25, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ.

■    In the Matter of EKIM BROADWAY RESTAURANT CORP., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Determination of respondent unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE BIRCH, Appellant.— Order, entered August 3, 1961, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ.